# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Eugene Laron Johnson, | Civ. No. 22-494 (ECT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Ramsey County ADC; Officer 2369; and Sgt. Sean Delrosario, | |
| Defendants. | |

This case is before the Court on Plaintiff Eugene Laron Johnson's June 6, 2022 letter requesting that the Court appoint him counsel. (Doc. No. 28.) Plaintiff requests "the courts to appoint counsel to stop the injustice." (*Id.*) On May 4, 2022, this Court denied Plaintiff's earlier request for counsel because Plaintiff's case did not warrant the appointment of counsel. (Doc. No. 20.) The circumstances of Plaintiff's case have not changed since this Court's May 4, 2022 Order. Accordingly, Plaintiff's renewed request for appointment of counsel (Doc. No. 28) is **DENIED**.

    **SO ORDERED.**

Dated: June 14, 2022            *s/ Becky R. Thorson*
                                            BECKY R. THORSON
                                            United States Magistrate Judge