## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Eugene Laron Johnson, | Civ. No. 22-494 (ECT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Ramsey County ADC; Officer 2369; and Sgt. Sean Delrosario, | |
| Defendants. | |

This matter comes before the Court on three letters recently filed by Plaintiff Eugene Laron Johnson.

Plaintiff filed a letter on June 15, 2022, requesting that the Court refer him to the Pro Se Project. (Doc. No. 35.) The Court "has no obligation to refer a pro se litigant to the Pro Se Project." *Rickmyer v. ABM Sec. Servs., Inc.*, No. 15-CV-4221 (JRT/FLN), 2016 WL 1248677, at *5 (D. Minn. Mar. 29, 2016), *aff'd*, 668 F. App'x 685 (8th Cir. 2016); *see also Foster v. Litman*, No. 19-CV-0260 (JNE/ECW), 2020 WL 4548281, at *5 (D. Minn. Aug. 6, 2020). The Court declines to refer this matter to the Pro Se Project. Accordingly, Plaintiff's referral request is **DENIED**.

Plaintiff filed a discovery request on June 27, 2022, addressed to the Clerk of Court and requesting the Clerk provide Plaintiff with a copy of certain video surveillance. (Doc. No. 38.) The Court has already informed Plaintiff that the Clerk of Court is not the proper recipient to address his discovery requests. (*See* Doc. No. 20 at 1–2.) Plaintiff

must direct his discovery requests to Defendants in accordance with Federal Rule of Civil Procedure 26 and the Court's Scheduling Order. (*See* Doc. No. 34 at 2.) Accordingly, Plaintiff's request (Doc. No. 38) is **DENIED**.

Finally, the Court acknowledges receipt of Plaintiff's letter dated June 17, 2022. (Doc. No. 37.) However, no action on this letter will be taken by the Court.

**SO ORDERED.**

Dated: July 11, 2022

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge