# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Eugene Laron Johnson, | Civ. No. 22-494 (ECT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Ramsey County ADC; Officer 2369; and Sgt. Sean Delrosario, | |
| Defendants. | |

This case is before the Court on Plaintiff Eugene Laron Johnson's July 29, 2022, third motion requesting that the Court appoint him counsel. (Doc. No. 44.) The Court denied Plaintiff's previous requests for the reasons stated in the orders at Docket Numbers 20 and 33. The circumstances of Plaintiff's case have not changed. Accordingly, for the same reasons previously stated, Plaintiff's motion requesting the appointment of counsel (Doc. No. 44) is **DENIED**.

**SO ORDERED.**

Dated: August 1, 2022            *s/ Becky R. Thorson*
                                 BECKY R. THORSON
                                 United States Magistrate Judge